
AO 247 (Rev. 11/11) Order Regarding Motion for Sentence Reduction Pursuant to 18 U.S.C. § 3582(c)(2)     Page 1 of 2 (Page 2 Not for Public Disclosure)

# UNITED STATES DISTRICT COURT
for the

District of South Carolina

| | |
|---|---|
| United States of America ) | |
| v. ) | Case No: 4:10-cr-00203-TLW |
| Rita Marshal O'Neil ) | USM No: 20518-171 |
| ) | |
| Date of Original Judgment: 04/26/2011 ) | William F. Nettles IV |
| Date of Previous Amended Judgment: 02/05/2013 ) | Defendant's Attorney |
| *(Use Date of Last Amended Judgment if Any)* | |

## ORDER REGARDING MOTION FOR SENTENCE REDUCTION PURSUANT TO 18 U.S.C. § 3582(c)(2)

Upon motion of ☑ the defendant ☐ the Director of the Bureau of Prisons ☐ the court under 18 U.S.C. § 3582(c)(2) for a reduction in the term of imprisonment imposed based on a guideline sentencing range that has subsequently been lowered and made retroactive by the United States Sentencing Commission pursuant to 28 U.S.C. § 994(u), and having considered such motion, and taking into account the policy statement set forth at USSG §1B1.10 and the sentencing factors set forth in 18 U.S.C. § 3553(a), to the extent that they are applicable,

**IT IS ORDERED** that the motion is:
☐ DENIED. ☑ GRANTED and the defendant's previously imposed sentence of imprisonment *(as reflected in the last judgment issued)* of   121   months **is reduced to**   110 months   .

*(Complete Parts I and II of Page 2 when motion is granted)*

If this sentence is less than the amount of time Defendant has already served, this sentence is reduced to a time-served sentence of imprisonment.

Except as otherwise provided, all provisions of the judgment dated   02/05/2013   shall remain in effect.
**IT IS SO ORDERED**.

| | |
|---|---|
| Order Date:   06/16/2015   | s/ Terry L. Wooten |
| | *Judge's signature* |
| Effective Date:   11/01/2015   | Terry L. Wooten, Chief United States District Judge |
| *(if different from order date)* | *Printed name and title* |